**FILED**

MAR 1 3 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26CR0084-TWR |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| Alejandro Rodriguez Orozco, | |
| Defendant | |

Based on the Motion of the United States pursuant to Rule 48 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the indictment in this case is dismissed against Defendant Alejandro Rodriguez Orozco without prejudice; and all future hearing dates are vacated.

SO ORDERED AND ADJUDGED.

DATED: 3/13/26

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE